UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20527

18 U.S.C. § 1343
18 U.S.C. § 982(a)(1)(C)

CR-BLOOM
/VALLE

UNITED STATES OF AMERICA

vs.

RENEL JUNIOR BAZILE,

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-12
### Wire Fraud
### (18 U.S.C. § 1343)

From on or about July 19, 2014, through on or about May 12, 2015, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**RENEL JUNIOR BAZILE,**

did knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE SCHEME AND ARTIFICE

1. The purpose of the scheme and artifice was for **RENEL JUNIOR BAZILE** and his accomplices to unjustly enrich themselves by causing employees at MoneyGram service centers at Walmart stores to send false and fraudulent money transfers and picking up those illicit proceeds for their own use and gain.

## SCHEME AND ARTIFICE

2. **RENEL JUNIOR BAZILE** and his accomplices caused employees at MoneyGram service centers at Walmart stores located throughout the United States to send false and fraudulent money transfers.

3. **RENEL JUNIOR BAZILE** and his accomplices picked up the false and fraudulent money transfers at MoneyGram service centers at Walmart stores located in the Southern District of Florida using false names.

4. **RENEL JUNIOR BAZILE** and his accomplices confirmed their entitlement to the illicit proceeds by answering pre-determined security questions and giving other information previously provided to **BAZILE** and others by the accomplices who had initially caused employees at MoneyGram service centers at Walmart stores located throughout the United States to send the false and fraudulent wires.

## USE OF WIRES

5. On or about the dates specified as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, **RENEL JUNIOR BAZILE**, for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire

2

communication, certain writings, signs, signals, pictures, and sounds, as described below:

| Count | Date | Description of Wire |
|---|---|---|
| 1 | July 19, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $740.49 money transfer with reference number 47025837 |
| 2 | July 22, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $740.00 money transfer with reference number 54025113 |
| 3 | July 26, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $735.00 money transfer with reference number 48892296 |
| 4 | July 29, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $823.23 money transfer with reference number 29305165 |
| 5 | July 29, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $740.00 money transfer with reference number 34215868 |
| 6 | August 10, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $729.00 money transfer with reference number 17895086 |
| 7 | August 17, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $722.22 money transfer with reference number 63326048 |
| 8 | August 17, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $739.39 money transfer with reference number 93188432 |
| 9 | September 6, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $740.00 money transfer with reference number 97304436 |
| 10 | September 6, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $738.00 money transfer with reference number 36332467 |
| 11 | September 6, 2014 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $738.00 money transfer with reference number 68068741 |
| 12 | May 12, 2015 | Transmission from Southern District of Florida to MoneyGram in Minnesota for $870.14 money transfer with reference number 30411809 |

In violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **RENEL JUNIOR BAZILE**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

## CERTIFICATE OF TRIAL ATTORNEY*

RENEL JUNIOR BAZILE.
_____ /

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| _x_ Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

New Defendant(s)  Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect  _____

4. This case will take    2-3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                     (Check only one)

   I    0 to 5 days         _X_          Petty           ___
   II   6 to 10 days        ___          Minor           ___
   III  11 to 20 days       ___          Misdem.         ___
   IV   21 to 60 days       ___          Felony          _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes _____   No _X_

ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501847

*Penalty Sheet(s) attached

REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: **RENEL JUNIOR BAZILE**

Case No: _____

Counts #: 1-12

Wire Fraud

Title 18, United States Code, Section 1343

\* Max. Penalty:     20 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.