UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20527-CR-BLOOM/VALLE

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RENEL JUNIOR BAZILE**,

    Defendant.

_____/

### SEALED ORDER

THIS CAUSE came before the Court *sua sponte* on review of the record. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above named defendant in this case shall be placed in **FUGITIVE STATUS**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 31st day of August, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        sealed clerk