# UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

**DEFT:** RENEL J. BAZILE (J)#  
**CASE NO:** 17-20527-CR-BLOOM/VALLE  
**AUSA:** A MCNAMARA (F. VIAMONTES DUTY AUSA)  
**ATTY:**  
**USPO:**  
**VIOL:** 18:USC § 1343  

**PROCEEDING:** INITIAL APPEARANCE / ARR  
**RECOMMENDED BOND:**  

**BOND/PTD HEARING HELD** - yes / no  
**COUNSEL APPOINTED:** CJA J. Friedman  
**BOND SET @:** $200,000 PSB  
**To be cosigned by:** Deft's Mother

Gov't moves to unseal indict. Ore tenus motion granted.

- [ ] All standard conditions
- [ ] Do not encumber property.
- [x] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person.
- [x] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [x] Maintain or seek full - time employment.
- [x] No contact with victims / witnesses.
- [x] No firearms.
- [x] Electronic Monitoring:
- [x] Travel extended to: SD/FL
- [x] Other: Curfew 10pm to 6am * PTD has a conflict.

D - Advised of charges
Sworn/Test Court Appt.
CJA = Jonathan Friedman
Gov't Recommends/Proffer $100,000 10% with Nebbia.

**NEXT COURT APPEARANCE:** | **DATE:** | **TIME:** | **JUDGE:** | **PLACE:**

**REPORT RE COUNSEL:** Reading of Indictment Waived / Not Guilty plea entered / Jury trial demanded / Standing Discovery Order requested

**PTD/BOND HEARING:** A-ARR SDO-Will be enter  
**PRELIM/ARRAIGN OR REMOVAL:** (Mother 1 week to sign bond)  
**STATUS RE PRELIM/HRG:**

**DATE:** 4/12/18   **TIME:** 11:00 AM   **FTL/TAPE/#** BSS- 25 MIN   Begin **DAR:**

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO   DAR:

RECALLED: 12:33:52 - 12:52:26   11:28:42 - 11:37:07

3